| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  RAFEEDIE,   EDWARD | 2. Court or Organization  U. S. DISTRICT COURT | 3. Date of Report  4/19/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. DISTRICT JUDGE (SENIOR) | 5. ReportType (check appropriate type)  ○ Nomination,   Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
| 7. Chambers or Office Address  U. S. DISTRICT COURT  312 NORTH SPRING ST.  LOS ANGELES, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED 2005 APR 26 A 11: 43 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | RAFEEDIE,    EDWARD | 4/19/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAFEEDIE,   EDWARD | 4/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  COMMON STOCK-1ST FEDERAL FINANCIAL CORP.  DELAWARE | | None | K | T | | | | | |
| 2.  IRA ACCT - AMERICAN FUNDS | | None | J | T | | | | | |
| 3.  New Perspective Fund A | | | J | | | | | | |
| 4.  Washington Mutual Investors Fund A | | | J | | | | | | |
| 5.  Small Cap World Fund A | | | J | | | | | | |
| 6.  The Income Fund of America | | | J | | | | | | |
| 7.  FEDERAL CREDIT UNION SAV.ACCT. | A | Interest | J | T | | | | | |
| 8.  FIRST STATE BANK FORMERLY ENCINO STATE BK - | A | Interest | J | T | Merge | 11/1 | | | |
| 9.  TREASURY BILL  ACCOUNT | G | Interest | N | T | | | | | |
| 10.  MUNIC.MONEY MARKET FUND | | None | | | sell | 3/22 | J | | Rollover to |
| 11.  GROWTH FUND OF AMERICA INC. | | None | J | T | buy | 3/22 | J | | |
| 12.  WYETH | D | Dividend | J | T | | | | | |
| 13.  Washington Mutual Investors Fund | D | Dividend | J | T | | | | | |
| 14.  American Funds Tax Exempt-Ser.II | E | Interest | L | T | | | | | |
| 15.  Small Cap World Fund | D | Dividend | J | T | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | RAFEEDIE, EDWARD | 4/19/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

In part VII, page 1 line 2 - IRA ACCOUNT - AMERICAN FUNDS: Per your letter dated July 29, 2004

I am disclosing the specific names of the mutual funds in which my Ira Account is invested, Lines 3-6.

Line 8 - Encino Bank: There was a merge with FIRST STATE BANK.

Line 10 - Munic. Money Mariket Fund: There was a rollover to Growth Fund of America Inc.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | RAFEEDIE, EDWARD | 4/19/2005 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _April 19, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

    Committee on Financial Disclosure
    Administrative Office of the United States Courts
    Suite 2-301
    One Columbus Circle, N.E.
    Washington, D.C. 20544